Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 100 (AKH)

JAMES RUSSO (AND WIFE, LYNDA
RUSSO),

                          Plaintiff(s),

        -against-

A RUSSO WRECKING, *et al.*,

                          Defendant(s).
------------------------------------------------------------X

Index No.:  06-CV-15027

**NOTICE OF ADOPTION OF ANSWER
TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

        PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys,
McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the
Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the
above-referenced action, hereby adopts its Answer to Master Complaint dated November 5,
2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site
Litigation*, 21 MC 100 (AKH).

        WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment
dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       November 8, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
PHILLIPS & JORDAN, INC.

By:

Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel